**Dewey SWEET et al.**

v.

**Laura SWEET.**

Court of Appeals of Kentucky.

Sept. 23, 1960.

C. Homer Neikirk, Somerset, for appellants.

Russell Jones, Somerset, for appellee.

PER CURIAM.

Motion for an appeal from a judgment of the Pulaski Circuit Court, Honorable R. C. Tartar, Judge, overruling motion to vacate default judgments setting aside a deed.

We are of opinion that the discretion of the trial judge was properly exercised.

Motion for an appeal is overruled, and the judgment stands affirmed.

**BOARD OF EDUCATION OF FLOYD COUNTY, Kentucky,**

v.

**Walter FRASURE.**

Court of Appeals of Kentucky.

Sept. 23, 1960.

Joe Hobson, Prestonsburg, for appellant.

W. W. Burchett, Clifford B. Latta, Prestonsburg, for appellee.

PER CURIAM.

Motion by the Board of Education of Floyd County for an appeal from a judgment of the Floyd Circuit Court adjudging that Walter Frasure is entitled to a continuing service contract as a teacher, and awarding him $1,070 as recompense for an unauthorized reduction of his salary for the school year 1958–59.

It is our opinion that the judgment is correct, under the rulings in Williamson v. Cassady, 311 Ky. 666, 224 S.W.2d 934; Board of Education of Bath County v. Hogge, Ky., 239 S.W.2d 459; Board of Education of Floyd County v. Moore, Ky., 264 S.W.2d 292; Taylor v. Hampton, Ky., 271 S.W.2d 887; and Cooksey v. Board of Education of Fairview Independent School District, Ky., 316 S.W.2d 70.

The motion for an appeal is overruled and the judgment stands affirmed.